Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim of the plaintiffs was therefore sustained.

No. 52063.—Goessling, Inc., et al. *v.* United States, protests 486870–G, etc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 52064.—Gimbel Bros., Inc., Delaware et al. *v.* United States, protests 533620–G, etc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).  The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 52065.—Oxford University Press, N. Y., Inc. *v.* United States, protests 93150–K, etc. (New York).

Opinion by KINCHELOE, J.  Certain items of the merchandise stipulated to consist of books of *bona fide* foreign authorship similar in all material respects (except title in some instances) to the books which were the subject of *Oxford University Press, N. Y., Inc.* v. *United States* (33 C. C. P. A. 11, C. A. D. 309), were held dutiable at 7½ percent under paragraph 1410, as modified by T. D.